IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| RICARDO JAMEL WARTHEN, | ) |
| Plaintiff, | ) |
| v. | ) CIVIL ACTION NO. 5:13-CV-175 (MTT) |
| WARNER ROBINS POLICE DEPARTMENT, *et al.*, | ) |
| Defendants. | ) |

## ORDER

This matter is before the Court on the Recommendation of Magistrate Judge Charles H. Weigle. (Doc. 17). Following a preliminary screening pursuant to 28 U.S.C. § 1915A(a), the Magistrate Judge recommends dismissing the Plaintiff's claim for injunctive relief and any claim against the City of Warner Robins Police Department. Specifically, the Magistrate Judge determined that termination of probation is not a remedy available to the Plaintiff pursuant to 42 U.S.C. § 1983, and the Warner Robins Police Department is not an entity that may be sued under that statute.

None of the parties filed an objection to the Magistrate Judge's Recommendation. The Recommendation is adopted and made the order of this Court. The Plaintiff's claim for injunctive relief is **DISMISSED**. The Plaintiff's claims against the Warner Robins Police Department are **DISMISSED**, and the police department is **DISMISSED** as a party to this action.

**SO ORDERED**, this the 8th day of October, 2013.

S/ Marc T. Treadwell
MARC T. TREADWELL, JUDGE
UNITED STATES DISTRICT COURT