IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| **RICARDO JAMEL WARTHEN,** : | |
| : | |
| Plaintiff, : | |
| : | |
| VS. : | CIVIL No.: 5:13-CV-0175-MTT-CHW |
| : | |
| **BRAD MULES, et al.,** : | |
| : | |
| Defendants : | |
| _____ | |

### ORDER

Plaintiff **RICARDO JAMEL WARTHEN**, a former probationer at the Macon Transitional Center, filed a *pro se* civil rights complaint in this Court seeking relief under 42 U.S.C. § 1983. Plaintiff was ordered, after a preliminary review, to effect service on Defendants. The order also warned Plaintiff that he was obligated to keep the Clerk advised at all times of his current address and that failure to promptly advise the Clerk of any change of address may result in the dismissal of his pleadings. Shortly thereafter, Plaintiff contacted the Court and requested that he be provided "six summons" for service. Service was apparently never perfected, however; and it has now been more than a year since Plaintiff last corresponded with the Court.

The Court thus contacted the Macon Transitional Center on November 4, 2014, and was informed that Plaintiff transferred back to prison sometime after this action was filed. He was then paroled in May of 2014. Plaintiff is no longer housed within the Department of Corrections, and the Court has no knowledge of his current whereabouts. For this reason, and because Plaintiff has not made any effort prosecute his case within

the last year, it is hereby **ORDERED** that Plaintiff's Complaint be **DISMISSED** without prejudice.

    **SO ORDERED**, this 5th day of November, 2014.

                                        S/ Marc T. Treadwell
                                        MARC T. TREADWELL, JUDGE
                                        UNITED STATES DISTRICT COURT

jlr